DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

SUGG v. PARRISH

No. 198 PC.

Case below: 51 N.C. App. 630.

Petition by defendants for discretionary review under G.S. 7A-31 denied 17 August 1981.

SUNSET INVESTMENTS, LTD. v. SARGENT

No. 282 PC.

Case below: 52 N.C. App. 284.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 17 August 1981.

TRUCKING CO. v. PHILLIPS

No. 134 PC.

Case below: 51 N.C. App. 85.

Petition by defendants for reconsideration of denial of discretionary review under G.S. 7A-31 denied 17 August 1981.